In the Matter of the General Assignment for the Benefit of Creditors of JOHN W. HEISS ENGRAVING CO., INC., to FREDERICK M. LEONARD, Assignee, Respondent. NASSAU FACTORS CORPORATION, Claimant, Appellant.— John W. Heiss Engraving Co., Inc., assigned to the claimant, appellant, certain of its outstanding accounts receivable as security for a loan. Respondent on his appointment as assignee for the benefit of creditors of said company demanded an accounting from the claimant, appellant. Upon a reference to an official referee the latter dismissed the claim of appellant for a balance due, and the referee's report was confirmed by the order from which claimant appealed. Order confirming report of official referee disallowing the claim of the appellant unanimously reversed, with twenty dollars costs and disbursements, and the claim of Nassau Factors Corporation allowed. The matter is remitted to Special Term for resettlement of the assignee's account in conformity with this decision. (See *Matter of Gotham Can Company*, 48 F. [2d] 540; *Ramsey* v. *Marlin Firearms Corporation*, 14 id. 314; *Estes* v. *Estes & Sons*, 24 id. 756.) Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

RUTH F. SIRE, Respondent, v. SECURITY INSURANCE COMPANY OF NEW HAVEN, CONNECTICUT, Appellant.— Action to recover the value of jewelry stolen from plaintiff and covered by a policy of insurance. Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

AMERICAN SURETY COMPANY OF NEW YORK, Respondent, v. EMILY L. SPERRY and Others, Appellants.— Action on an indemnity agreement executed by defendants' testator in favor of plaintiff which had issued its surety bond to the city of Varo Beach, Fla., covering a paving contract made by the Lawrence Construction Corporation and said city. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CORAL GABLES, INC., Appellant, v. HARRY F. MAYER, Respondent.— Action for balance due on promissory notes given as part consideration on purchase of realty. Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents. UNTERMYER, J. (dissenting). I dissent and vote to reverse and direct judgment in favor of the plaintiff. The plaintiff's representation that the property was located " in a highly restricted residential community " was in every respect true. That there were commercial buildings outside the limits of that community was a fact which the plaintiff was not required to state, especially since it was necessarily known to the defendant. The plaintiff was not under any legal duty to enumerate to the purchaser every unfavorable characteristic of the property.

THE CITY OF NEW YORK, Appellant, v. DREAMLAND PARKING SPACE, INC., Respondent.— Action to recover rent of parking space in Dreamland Park, Brooklyn, N. Y. Judgment dismissing the complaint unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.